# EXHIBIT D



# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLVI - MES I     Caracas, viernes 26 de octubre de 2018     Número 41.511

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto N° 3.645, mediante el cual se nombra al ciudadano Abrahan Deivis Landaeta Parra, como Viceministro para los Sistemas Financieros Complementarios, en calidad de Encargado, del Ministerio del Poder Popular de Economía y Finanzas.

Decreto N° 3.646, mediante el cual se nombra a la ciudadana Arlen Siu Piñate Pérez, como Presidenta del Fondo de Protección Social de los Depósitos Bancarios, en calidad de Encargada.

Decreto N° 3.647, mediante el cual se nombra al ciudadano Manuel Ricardo Cristopher Figuera, como Director General del Servicio Bolivariano de Inteligencia Nacional (SEBIN), adscrito a la Vicepresidencia de la República.

**MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES**

Resoluciones mediante las cuales se encarga a las ciudadanas y ciudadanos que en ellas se mencionan, las gestiones de las Unidades Administradoras que en ellas se indican, correspondientes a las Embajadas que en ellas se especifican, de este Ministerio.

Resoluciones mediante las cuales se designan a las ciudadanas y ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se señalan, de este Ministerio.

Resoluciones mediante las cuales se cesan en sus funciones como Embajadores Extraordinarios y Plenipotenciarios a las ciudadanas y ciudadanos que en ellas se mencionan, en las Embajadas que en ellas se señalan, de este Ministerio.

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS**

Resolución mediante la cual se designa a la ciudadana Yelitza Josefina Reaño Guevara, como Directora de Determinación de Responsabilidades, adscrita a la Dirección General de la Oficina de Auditoría Interna de este Ministerio.

**MINISTERIO DEL PODER POPULAR DE INDUSTRIAS Y PRODUCCIÓN NACIONAL**

Actas.

**MINISTERIO DEL PODER POPULAR PARA EL TRANSPORTE**

Resolución mediante la cual se designa a la ciudadana Yeyglis Minerva Alejo Suárez, como Directora Estadal de Miranda de este Ministerio.

**MINISTERIO DEL PODER POPULAR DE PETRÓLEO**

Resolución mediante la cual se designa a la ciudadana Dilcia Margarita García Vásquez, como Cuentadante Responsable de la Unidad Administradora Central, Código N° 00012.

Resoluciones mediante las cuales se designa a la ciudadana y al ciudadano que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Ministerio.

**MINISTERIO DEL PODER POPULAR PARA LAS COMUNAS Y LOS MOVIMIENTOS SOCIALES**

Resoluciones mediante las cuales se designa a las ciudadanas que en ellas se mencionan, para ocupar los cargos que en ellas se se indican, de este Ministerio.

**TRIBUNAL SUPREMO DE JUSTICIA**
Corte Disciplinaria Judicial

Sentencia mediante la cual se declaró parcialmente Con Lugar el recurso de apelación interpuesto en fecha 13 de junio de 2018, por el ciudadano Hadiee Ronald Valero Camargo, actuando por delegación de la Inspectoría General de Tribunales, confirmó parcialmente la decisión dictada por el Tribunal Disciplinario Judicial, anuló parcialmente el dispositivo quinto, solo en lo que se refiere a la orden de pago de sueldos dejados de percibir y demás remuneraciones de la Jueza Thais Elena Font Acuña, se levantó la medida de suspensión y se ordenó la reincorporación de la mencionada ciudadana al cargo que en ella se especifica.

## PRESIDENCIA DE LA REPÚBLICA

Decreto N° 3.645     26 de octubre de 2018

**NICOLÁS MADURO MOROS**
Presidente de la República

Con el supremo compromiso y voluntad de lograr la mayor eficacia política y calidad revolucionaria en la construcción del Socialismo, la refundación de la patria venezolana, basado en los principios humanistas, sustentado en condiciones morales y éticas que persiguen el progreso del país y del colectivo, por mandato del pueblo, de conformidad con lo establecido en el artículo 226 de la Constitución de la República Bolivariana de Venezuela; y en ejercicio de las atribuciones que le confieren los numerales 2 y 16 del artículo 236 *ejusdem*, en concordancia con los artículos 34, 46 y 69 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, de acuerdo a lo preceptuado en los artículos 4°, 18, 19 y el numeral 5 del artículo 20 de la Ley del Estatuto de la Función Pública.

**DELCY ELOÍNA RODRÍGUEZ GÓMEZ**
Vicepresidenta Ejecutiva de la República
Por delegación del Presidente de la República Nicolás Maduro Moros,
según Decreto N° 3.482 de fecha 21 de junio de 2018, publicado en la
Gaceta Oficial de la República Bolivariana de Venezuela N° 6.384
Extraordinario, de fecha 21 de junio de 2018.

**DECRETA**

**Artículo 1°.** Nombro al ciudadano **ABRAHAN DEIVIS LANDAETA PARRA**, titular de la cédula de identidad N° 24, como **VICEMINISTRO PARA LOS SISTEMAS FINANCIEROS COMPLEMENTARIOS**, en calidad de Encargado, del Ministerio del Poder Popular de Economía y Finanzas, con las competencias inherentes al referido cargo, de conformidad con el ordenamiento jurídico vigente.



**RESUELVE**

PRIMERO. Designar, a la ciudadana **Eindyel Roxana Guevara Perdomo**, titular de la cédula de identidad N° V-15.314.055, como **Cónsul General**, en el **Consulado General** de la República Bolivariana de Venezuela acreditado ante **Toronto – Canadá**.

SEGUNDO. La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

---

**RESUELVE**

PRIMERO. Designar, a la ciudadana **Ayerim Yesenia Flores Rivas**, titular de la cédula de identidad N°     , como **Cónsul General**, en el **Consulado General** de la República Bolivariana de Venezuela acreditado ante **Nueva York – Estados Unidos de América**.

SEGUNDO. La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

---

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Exteriores
Despacho del Ministro

DM N° 265
Caracas, 22 OCT 2018
208° / 159° / 19°
**RESOLUCIÓN**

El ciudadano, **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad N° V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014.

---

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Exteriores
Despacho del Ministro

DM N° 267
Caracas, 22 OCT 2018
208° / 159° / 19°
**RESOLUCIÓN**

El ciudadano, **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad N°   , en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014.

RESOLUTION

FIRST: To appoint citizen Ayerim Yesenia Flores Rivas, bearer of Identification Card No.            , to the position of Consul General in the Bolivarian Republic of Venezuela General Consulate accredited in New York -- United States of America.

SECOND: This appointment will enter into effect at the time the position is assumed at the stated location.

The Human Resources Office is instructed to notify the interested party in compliance with the provisions of Article 73 of the Administrative Procedures Implementation Act.

This resolution shall be announced and published.

[signature]

JORGE ALBERTO ARREAZA MONTSERRAT
MINISTER

[seal]

OCCIDE OF THE MINISTER
PEOPLE'S MINISTRY OF FOREIGN AFFAIRS
BOLIVARIN REPUBLIC OF VENEZUELA

With reference to the following materials/documents, we at ASTA-USA Translation Services, Inc., a professional document translation company, attest that the language translation completed by **ASTA-USA's U.S. Courts Certified Professional Translators**, represents an accurate and correct interpretation of the terminology & content of the source document(s). This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true. Every completed ASTA-USA translation is double checked for quality by a qualified proofreader before this entry appears on the document.

IN WITNESS WHEREOF, ASTA-USA Translation Services, Incorporated – a member in good standing of The National Association of Judiciary Interpreters and Translators - Member #12342 – and The American Translators Association Member #243198 - has caused the Certificate to be signed by its duly authorized officer.

www.asta-usatranslations.com  | www.LegalTranslationSolutions.com        Mr. Alain J. Roy, President/CEO

![ASTA-USA]

# CERTIFIED TRANSLATION

*Documents Translated For:*

| LAST NAME: Wallison | FIRST NAME: Jeremy | MIDDLE NAME: N/A |
|---|---|---|
| COMPANY: Wallison & Wallison LLP | DIVISION: N/A | |

*List of Materials Translated:*

| Resolution re Ayerim Flores.pdf |
|---|
|  |
|  |

| Source Language: | Spanish |
|---|---|
| Target Languages: | English |

### *Dallas, Texas*

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at ASTA-USA Translation Services, Inc., a professional document translation company, confirm that we are accredited and competent to translate the above referenced document(s) and attest that the language translation completed by ASTA-USA's certified professional translators, represents an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, ASTA-USA Translation Services, Incorporated has caused the Certificate to be signed by its duly authorized officer(s).

By: _____   Date: February 1, 2019
       Alain J Roy, President

A copy of the translated version is attached to this statement of certification.



The National Association of Judiciary Interpreters & Translators - Member #7031



The American Translators Association – Member #243198

**ASTA-USA Translation Services, Incorporated** - *A Member in Good Standing*

