*United States District Court*
FOR THE SOUTHERN DISTRICT OF NEW YORK



CASA EXPRESS CORP, AS TRUSTEE
OF CASA EXPRESS TRUST

                    Plaintiff,

- against -

THE BOLIVARIAN REPUBLIC OF
VENEZUELA

                    Defendant.

Index No. 18-CV-11940

Hon. Analisa Torres

    HENRY SUÀREZ, being duly sworn, states:

    1.    I reside in Queens County, New York, and I am over the age of 18, am not a party to the appeal captioned above. I am the Ambassador and Deputy Permanent Representative for the Permanent Mission of the Bolivarian Republic of Venezuela to the United Nations, located at 335 East 46th Street, New York, New York 10017. I am competent to testify to each averment contained in this affidavit.

    2.    On April 5, 2019, I mailed a true and correct copy of the attached motion, filed on behalf of the Bolivarian Republic of Venezuela, for reconsideration of the order issued by this Court on 22 March 2019, granting the anticipated motion of the Plaintiff to strike the *Pro se* submission filed by the Bolivarian Republic of Venezuela on 15 March 2019,

to opposing counsel at the address designated by the attorney for that purpose:

Jeremy L. Wallison
WALLISON & WALLISON LLP
20 East 69th Street
Suite 5A
New York, New York 10021
*Attorney for Plaintiff Casa Express Corp as trustee of Casa Express Fund*

HENRY SUÁREZ

Sworn to before me this 5th day of April 2019

Notary Public
My commission expires ____________

JESSIE F. BEEBER
Notary Public, State of New York
No. 02BE6016494
Qualified in Kings County
Commission Expires Jan. 3, 2023



Procuraduría General de la República

0087

RECEIVED
APR 08 2019
ANALISA TORRES
U.S. DISTRICT JUDGE
S.D.N.Y.

*Civil Action No. 18-CV-11940*

*Caracas, 5 April 2019*

***Reference:*** *Casa Express Corp as trustee of Casa Express Trust (Plaintiff) against Bolivarian Republic of Venezuela (Defendant) – No. 18-CV-11940*

*In the United States District Court*
*For the Southern District of New York*
**Daniel Patrick Moynihan**
**United States Courthouse**
500 Pearl Street
New York, NY 10007-1312

| | |
|---|---|
| On 15 March 2019, I, Reinaldo Enrique Muñoz Pedroza, the Acting Attorney General (E) of the Bolivarian Republic of Venezuela (the «**Republic**»), submitted a *Pro Se* application on behalf of the Republic, requesting the Court to either: | El 15 de marzo de 2019, yo, Reinaldo Enrique Muñoz Pedroza, el Procurador General (E) de la República Bolivariana de Venezuela (la «**República**»), presenté una solicitud *Pro Se* en representación de la República, requiriendo a la Corte: |
| (i) stay the present proceedings so as to allow the Republic to find and retain a counsel to defend its rights; or, | (i) La suspensión del presente procedimiento para permitir a la República buscar y contratar un abogado que defienda sus intereses, o, |
| (ii) adjourn for at least 120 days the deadline granted to the Republic to file a response to the Plaintiff's complaint.<br>(iii) | (ii) El otorgamiento de una prórroga de al menos 120 días para que la República presente su contestación a la demanda. |
| This application has been filed following the extraordinary legal situation created by untimely actions taken by the Executive Branch of the United States of America to recognize Mr. Juan Guaidó as the Interim President of the Republic. | Esta solicitud se realizó luego de la extraordinaria situación legal creada por las intempestivas medidas adoptadas por el Poder Ejecutivo de los Estados Unidos de América de reconocer al Sr. Juan Guaidó como Presidente Interino de la República. |
| As a result of such actions, it has become of the utmost difficulty for the Republic to secure representation in the Courts of the United States of America by attorneys licensed to practice before those Courts, and, as a consequence, to defend its rights and interests in the United States of America. | Como resultado de esas medidas, ha sido extremadamente difícil para la República garantizar su representación en las Cortes de los Estados Unidos de América por abogados con licencia para ejercer ante esas Cortes y, como consecuencia, defender sus derechos e intereses en los Estados Unidos de América. |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela

| | |
|---|---|
| The present case is symptomatic of such serious difficulties, which are revealed by the chronology of the proceedings: | El presente caso es sintomático de estas serias dificultades, que están evidenciadas en la cronología del procedimiento, a saber: |
| (i) on 21 March 2019, the Plaintiff filed an anticipated motion to strike from the dockets the *Pro se* submission filed on 15 March 2019 on behalf of the Republic, based on the incorrect statement according to which "*Mr. Muñoz Pedroza, contrary to his representation to this Court*" would not be "*in fact the Attorney General of Venezuela, "acting" or otherwise*", and would therefore have "*no authority to represent Venezuela in litigation, let alone pro se*"; | (i) el 21 de marzo de 2019, el Demandante presentó anticipadamente una moción de remoción/rechazo en relación a la presentación *Pro se* realizada con fecha 15 de marzo de 2019 en representación de la República, conforme surge de las constancias del expediente, en base a una declaración incorrecta según la cual el "*Sr. Muñoz Pedroza, contrariamente a lo que afirma ante esta Corte*" no sería "*el Procurador General de Venezuela*", "*en ejercicio*" o "*bajo cualquier otro título*", y por lo tanto no tendría "*autoridad para representar a Venezuela en litigios, y mucho menos podría realizar la presentación pro se*"; |
| (ii) the next day, on 22 March 2019 - without even providing the Republic with an opportunity to respond to such false allegations - the Court granted the Plaintiff's motion to strike the Republic's *Pro Se* application. | (ii) al día siguiente, el 22 de marzo de 2019, sin siquiera otorgarle a la República la oportunidad de contestar estas declaraciones falsas, la Corte aprobó la moción del Demandante de remoción/rechazo de la presentación *Pro Se* de la República. |
| Such decision solely stated that "*having reviewed Plaintiff's letter*" the Court "*ordered that the clerk of court shall strike ECF n° 14 from the Docket*"; | La decisión establece únicamente que "*habiendo revisado la carta del Demandante*", el tribunal "*ordenó que el secretario de la Corte remueva/rechace la presentación (ECF) n ° 14 del expediente*"; |
| (iii) On 27 March 2019, the Plaintiff requested the Court to adjourn the initial pre-trial conference scheduled to take place on 3 April 2019, this time based on the inaccurate statement that "*the defendant in this action, the Bolivarian Republic of Venezuela, has not yet answered or otherwise moved with respect to the complaint* (...)". | (iii) El 27 de marzo de 2019, el Demandante solicitó a la Corte que prorrogara la conferencia inicial previa al juicio programada para el 3 de abril de 2019, esta vez bajo el falso argumento de que "*el demandado en esta acción, la República Bolivariana de Venezuela, aún no ha contestado o impulsado el procedimiento con respecto a la demanda (...)* ". |
| On the very same day, and once more without giving the Republic the possibility to respond to the Plaintiff's letter, the Court granted such request; adjourned *sine die* the initial pre-trial conference scheduled for 3 April 2019, and ordered | El mismo día, y una vez más sin dar a la República la posibilidad de contestar la carta del Demandante, la Corte concedió este requerimiento, prorrogó *sine die* la conferencia inicial previa al juicio establecida para el 3 de abril de 2019 y ordenó que antes del 12 de abril de 2019, "*El Demandante* |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela



Procuraduría General de la República

| | |
|---|---|
| that by 12 April 2019, "*the Plaintiff shall file its papers to initiate a default judgment*". | *presentará sus documentos para iniciar un juicio en rebeldía*". |
| (iv) On 1 April 2019, once more at the request of the Plaintiff and on the same grounds, the Clerk of the Court noted the Default of the Republic and issued a Certificate of Default. | (iv) El 1 de abril de 2019, una vez más a solicitud del Demandante y por los mismos motivos, el Secretario de la Corte dejó constancias de la Rebeldía de la República y emitió un Certificado de Rebeldía. |
| The above-mentioned decisions have been issued by the Court on the sole basis of the Plaintiff's statements, and without even giving the Attorney General's Office the possibility to appear before the Court and to present a defence, to the detriment of the interests of the Republic itself. | Las decisiones mencionadas anteriormente han sido emitidas por la Corte basadas únicamente en las declaraciones del Demandante, y sin siquiera darle a la Procuraduría General de la República la posibilidad de comparecer ante la Corte y presentar una defensa, en detrimento de los intereses de la República. |
| Such a situation clearly disregards and violates the Republic's fundamental rights of defence and to due process. | Esta situación claramente ignora y viola los derechos fundamentales de defensa y debido proceso de la República. |
| I hereby therefore respectfully request the Court to reconsider its decision issued on 22 March 2019, granting the anticipated motion to strike the *Pro se* application filed on behalf of the Republic on 15 March 2019 from the dockets. | Por lo tanto, solicito respetuosamente a la Corte que reconsidere su decisión emitida el 22 de marzo de 2019, en la que se otorga la moción anticipada de remoción/rechazo del expediente de la presentación *Pro se* realizada en representación de la República el 15 de marzo de 2019. |
| The Court's decision to strike the *Pro se* application is not legally grounded. It implicitly upholds the whole argumentation set out in the Plaintiff's motion to strike dated 21 March 2019, itself based on several erroneous grounds. | La decisión de esta Corte de remover/rechazar la presentación *Pro se*, no tiene fundamentos legales. Lo que hace es aceptar implícitamente la argumentación sostenida por la moción de remoción/rechazo presentada por el Demandante en fecha del 21 de marzo de 2019, la cual está basada en falsos supuestos. |
| **(i)** The first ground of the Plaintiff's motion, implicitly upheld by the Court, is the ratification of the purported "*appointment*" by the National Assembly acting under the control of Mr. Juan Guaidó, of Mr. Jose Ignacio Hernandez as "*Special Prosecutor*". | (i) La primera razón de la moción del Demandante, confirmada implícitamente por la Corte, es la ratificación del supuesto "*nombramiento*" por la Asamblea Nacional que actúa bajo el control del Sr. Juan Guaidó, del Sr. José Ignacio Hernández como "*Procurador Especial* ". |
| Mr. Juan Guaidó self-proclaimed himself as interim president of Venezuela on 23 January 2019 and was immediately recognized as such by the United States' Executive Branch. | El Sr. Juan Guaidó se autoproclamó como presidente interino de Venezuela el 23 de enero de 2019 y fue inmediatamente reconocido como tal por el Poder Ejecutivo de los Estados Unidos. |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
Page 3 of **10** **Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela





Procuraduría General de la República

| | |
|---|---|
| However, the above appointments disregard the Constitution of the Republic. There is no provision in the Venezuelan Constitution, which refers to an «*Interim*» President or establishes the possibility to appoint a «*President*» for a period of time, which is not clearly defined. | Sin embargo, las designaciones anteriores son contrarias a la Constitución de la República. No existe artículo alguno de la Constitución venezolana que refiera a un Presidente «*Interino*», ni supuesto alguno a partir del cual se pueda concluir la posibilidad de designar un «*Presidente*» sin límites temporales claros. |
| Furthermore, the Venezuelan Constitution does not provide for one and same individual to carry out the highest powers of two public authorities at the same time. | Tampoco existe en el texto constitucional la posibilidad de que una misma persona asuma la máxima autoridad de dos poderes públicos al mismo tiempo. |
| On the contrary, and as is the case in the vast majority of Western Constitutions, the Constitution of the Republic provides for a rigorous separation of Powers based on a checks and balances system that ensures the effective performance of democracy through mechanisms of coordination and control between the Constitutional Powers. | Por el contrario, como ocurre en casi la totalidad de las Constituciones occidentales, la Constitución de Venezuela es rigurosa en establecer una separación de Poderes sobre la base de un sistema de pesos y contrapesos que garantiza el ejercicio efectivo de la democracia mediante mecanismos de coordinación y control entre los distintos Poderes. |
| Although the Executive Power of the United States of America has recognized Mr. Juan Guaidó as «*Interim*» President of the Republic, it does not deny the existence as such of the Venezuelan State. However, in practice, and without any formality, the Executive Power of the United States of America has completely disregarded the administration and the public powers of the Republic, to the exception of the National Assembly, pretending that it is possible to ignore the rest of the Powers and the Public Administration effectively in operation. | El Ejecutivo de los Estados Unidos de América ha informado sobre el reconocimiento del Sr. Guaidó como Presidente «*Interino*» de la República, pero no ha dicho que desconoce la existencia misma del estado venezolano. Sin embargo, en la práctica, sin formalidad alguna, ha desconocido totalmente el estamento administrativo y del Poder en Venezuela, salvo la Asamblea Nacional, pretendiendo que es posible obviar el resto de los Poderes y de la Administración Pública eficazmente en funcionamiento. |
| The Defendant in these proceedings is not the Government or any other official of the Republic, but the Republic itself. | El Demandado en este proceso no es el Gobierno ni ningún otro funcionario de la República, sino la República misma. |
| The representation of the Republic is strictly governed by the Constitution of the Republic. In particular, the Constitution, and the *Ley Orgánica de la Procuraduría General de la República* (the "Organic Law") provide for specific rules governing the representation of the Republic's financial assets. | La representación de la República es un asunto regido taxativamente por la Constitución. Específicamente en lo relativo a la representación de los asuntos patrimoniales de la República, la propia Constitución, y la *Ley Orgánica de la Procuraduría General de la República* establecen el único régimen vigente de dicha |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela

Page 4 of **10**





Procuraduría General de la República

| | |
|---|---|
| | presentación. |
| Under the Organic Law governing the powers and functions of the Attorney General's Office and of the Attorney General, the power to defend the Republic's rights and interests in judicial and extra-judicial proceedings is vested exclusively in the Attorney General's Office. Such power includes the authority to retain counsel in judicial proceedings to act on behalf of the Republic. | La Ley Orgánica regula los poderes y funciones de la Procuraduría General de la República y del Procurador General, la facultad de defender los intereses de la República en asuntos judiciales y extrajudiciales son conferidos exclusivamente al Despacho del Procurador General. Esta potestad incluye la autoridad para contratar abogados en procedimientos judiciales para actuar en nombre de la República. |
| The above-mentioned powers cannot be exercised by any other state branch or official without the prior explicit authorization of the Attorney General. | El poder descrito precedentemente no puede ser ejercido por ningún otro órgano o funcionario estatal sin autorización expresa del Procurador General. |
| Nor can such powers be «*transferred*» or «*assigned*», in their entirety or partially, except through the mechanisms provided by the Constitution and by the Organic Law. In particular, Article 333 of Constitution of the Republic prevents the creation of any other instrument, which aims to repeal the Constitution. | Tampoco puede dicho poder ser «*transferido*» o «*asignado*» total o parcialmente, sino por los mecanismos establecidos en la Constitución y en la Ley. En particular, el artículo 333 de la Constitución venezolana impide que sea dictado cualquier tipo de instrumento que derogue total o parcialmente la Constitución. |
| Thus, neither the Constitution of the Republic nor the Organic Law contemplates the appointment of any "*special*" attorney general or provides for any powers to be exercised by such person. | En este sentido, ni la Constitución de la República ni la Ley Orgánica contemplan la designación de ningún procurador general "*especial*" ni establece las competencias a ser ejercido por esta persona. |
| Therefore, neither Mr. Juan Guaidó, nor Mr. Ignacio Hernández, nor any other person appointed by them can represent the Republic in any pending proceedings. | Por lo tanto, ni el Sr. Juan Guaidó, ni el señor Ignacio Hernández, ni ninguna otra persona designada por ellos pueden representar a la República en ningún procedimiento pendiente. |
| Besides, neither the National Assembly nor Mr. Juan Guaidó has the power to create fictitious positions, parallel to those established in the Constitution, or to deprive the constitutionally created organs of their powers. | Además, ni la Asamblea Nacional ni el Sr. Juan Guaidó tienen el poder para crear posiciones ficticias, paralelas a las ya establecidas en la Constitución, o de privar a los órganos creados constitucionalmente de sus competencias. |
| Moreover, the decision of the National Assembly to ratify the appointment of Mr. Hernández has been issued after the Supreme Tribunal of Justice – the | Más aún, la decisión de la Asamblea Nacional de ratificar la designación del Sr. Hernández se emitió después de que el Tribunal Supremo de Justicia, el órgano |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela

| | |
|---|---|
| highest body authorized to interpret the Constitution – declared the National Assembly desacato, i.e. in contempt of the Constitution by its Judgment No. 1 issued on 11 January 2016. | superior autorizado para interpretar la Constitución, declarara la Asamblea Nacional en desacato, es decir, en contravención a la Constitución, en su Sentencia No. 1 del 11 de enero de 2016. |
| For all the above reasons, it is clearly erroneous to assert, as the Plaintiff does in its letter to the Court dated 21 March 2019, that the *Pro se* application filed on behalf of the Republic on 15 March 2019 should not be treated "*with any more legitimacy than a letter submitted by a random stranger off the street*". | Por todas las razones anteriores, es claramente erróneo afirmar, como lo hace el Demandante en su carta a la Corte de fecha 21 de marzo de 2019, que la presentación *Pro se* realizada en representación de la República el 15 de marzo de 2019 no debe ser tratada "*con más legitimidad que una carta presentada por un extraño cualquiera de la calle*". |
| To the contrary, as demonstrated above, the Attorney General of the Republic is not a "*random stranger off the street*" but the sole authority vested by the Constitution of the Republic with the powers to defend the Republic's rights and interests in judicial and extra-judicial proceedings. | Por el contrario, como se demostró anteriormente, el Procurador General de la República no es un "*extraño cualquiera de la calle*", sino la única autoridad a la que la Constitución de la República le otorga las competencias para defender los derechos e intereses de la República en procedimientos judiciales y extrajudiciales. |
| **(ii)** The second argument raised by the Plaintiff's letter dated 21 March 2019, which was implicitly upheld by the Court, is that the Court would be bound by the determination of the Executive Branch of the United States of America recognizing the National Assembly as the only legitimate branch of the government duly elected by the Venezuelan people and National Assembly President, Mr. Juan Guaidó, as the interim president of the Republic. | (ii) El segundo argumento planteado por la carta del Demandante de fecha 21 de marzo de 2019, confirmado implícitamente por la Corte, es que la Corte estaría obligada por la determinación del Poder Ejecutivo de los Estados Unidos de América que reconoció a la Asamblea Nacional como el único poder legítimo del gobierno debidamente elegido por el pueblo venezolano y presidente de la Asamblea Nacional, Sr. Juan Guaidó, como presidente interino de la República. |
| The Republic respectfully disagrees with the Plaintiff's position. | La República respetuosamente está en desacuerdo con la posición del Demandante. |
| First, none of the cases the Plaintiff cites is directly on point. Those cases relate, in their vast majority, to the situation where two competing factions within a foreign government both ask to be heard in order to bring claims on behalf of their country. | Primero, ninguno de los casos citados por el Demandante, se refieren al punto en cuestión en el presente caso. Esos casos se refieren, en su gran mayoría, a situaciones en las que dos facciones opuestas de un gobierno extranjero solicitan ser escuchadas para presentar argumentos en representación de su país. |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela

Procuraduría General de la República

| English | Español |
|---|---|
| This is clearly not the case in the present proceedings, where: | Claramente este no es el caso en el presente procedimiento, donde: |
| - the Republic is attempting, through and only through the Attorney General Office, to defend its rights and interests against the claim of the Plaintiff, and | - la República intenta, a través y sólo a través de la Procuraduría General de la República, defender sus derechos e intereses contra la demanda de la Demandante, y |
| - no attorney appointed by the purported Special Attorney General, Mr. Jose Ignacio Hernandez, has taken any step to represent the Republic in these proceedings. | - ningún abogado designado por el pretendido Procurador General Especial, Sr. José Ignacio Hernández, ha realizado ninguna actuación en representación de la República en este procedimiento. |
| To disregard the *Pro se* appearance filed on 15 March 2019 would therefore deny the Republic's right to defend itself before this Court. | Rechazar la actuación *Pro se* presentada el 15 de marzo de 2019, consistiría, en consecuencia, en negarle el derecho a la República de defenderse ella misma ante esta Corte. |
| Such position would be simply inaccurate. Even an unrecognized state may defend itself when hauled into court - See Kadic v. Karadzic, 70 F.3d 232, 244-245 (2d Cir. 1995) (while unrecognized states do not enjoy privileges and immunities accorded to recognized states, international law authorizing suits against states still applies and they are entitled to defend themselves in those suits); Ali Shafi v. Palestinian Authority, 686 F.Supp.2d 23, 28-30 (D.D.C. 2010) (citing Kadic for principle that international law applies "*without distinction between recognized and unrecognized states*"); Knox v. Palestinian Liberation Organization, 306 F. Supp. 2d 424, 439-443 (S.D.N.Y. 2004) (citing Kadic for authority that "an unrecognized state is not a juridical nullity" and is "accorded de facto existence with respect to adjudications of strictly commercial transactions," and "adjustments of private rights. | Una posición como esa sería claramente inexacta. Incluso estados no reconocidos tienen derecho a defenderse ellos mismos cuando son llevados ante las Cortes. – Véase Kadic v. Karadzic, 70 F.3d 232, 244-245 (2d Cir. 1995) (si bien los Estados no reconocidos no gozan de los privilegios e inmunidades otorgados a los Estados reconocidos, el derecho internacional que autoriza las demandas contra los Estados sigue siendo aplicable y tienen derecho a defenderse en esas demandas); Ali Shafi v. Palestinian Authority, 686 F.Supp.2d 23, 28-30 (D.D.C. 2010) (citando a Kadic por el principio según el cual el derecho internacional aplica, "sin distinguir entre estados reconocidos y estados no reconocidos". Knox v. Palestinian Liberation Organization, 306 F. Supp. 2d 424, 439-443 (S.D.N.Y. 2004) (citando a Kadic como autoridad, según el cual "un estado no reconocido no es una nulidad jurídica" y tiene "existencia de facto con respecto a adjudicaciones de transacciones estrictamente comerciales" y "alteraciones a sus derechos privados". |
| It is clear that, regardless of any executive order, the Republic has the | Es claro que, sin perjuicio de cualquier |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la Republica, Urb. Santa Monica. Caracas - Venezuela.
Telf: +58-212.597.33.00 Web: www.pgr.gob.ve Twitter: @pgrvenezuela

Page 7 of 10



Procuraduría General de la República

| | |
|---|---|
| right to defend itself in the present proceedings. | orden ejecutiva, la República tiene el derecho a defenderse ella misma en el presente procedimiento. |
| Second and importantly, even in case two competing factions claim to represent the same Republic, the Bank of China v. Wells Fargo Bank & Union Trust Co. case did not stand for the proposition claimed that the Courts must recognize only the faction recognized by the Executive Branch as rightfully representing the foreign state (104 F. Supp. 59 (N.D. Cal. 1952), aff'd 209 F.2d 467 (9th Cir. 1953). | Segundo y más importante aún, incluso en el caso de dos facciones opuestas en representación de la misma República, el caso del Banco de China c. Wells Fargo Bank & Union Trust Co. rechaza la proposición según la cual la Corte sólo debe reconocer la facción reconocida por la rama Ejecutiva como la representación válida o correcta del estado extranjero en cuestión (104 F. Supp. 59 (N.D. Cal. 1952), aff'd 209 F.2d 467 (9th Cir. 1953). |
| The *Bank of China* case concerned the competing claims of the Nationalist Government of China and the People's Republic of China to control over the plaintiff Bank of China, and the money it had on deposit at Wells Fargo. | El caso del *Banco de China* se refería a las reclamaciones concurrentes del Gobierno Nacionalista de China y de la República Popular de China para controlar el Banco de China, y al dinero que tenía depositado en Wells Fargo. |
| The Court held that the United States' Government recognition of one of the competing factions (the Nationalist Government) as the representative of the State was *not "per se (...) determinative*" of the issue of which faction was entitled to the deposits. *Id.* at 63. | La Corte sostuvo que el reconocimiento del Gobierno de los Estados Unidos de una de las facciones (el Gobierno Nacionalista) como representante del Estado no era "per se (...) determinante" de la cuestión de qué facción tenía derecho a los depósitos. *Id.* at 63. |
| The Court observed that "*If whenever this court is called upon to determine whether there is a government justly entitled to act on behalf of a foreign state in respect to a particular matter, the court is bound to say, without regard to the facts before it, that the government recognized by* [the US] *executive is that government, then nothing more need be said here. To permit this expression of executive policy to usurp entirely the judicial judgment would relieve the court of a burdensome duty, but it is doubtful that the ends of justice would thus be met*". | La Corte dictaminó que "*Si cada vez que se solicita a esta Corte que determine si existe un gobierno con derecho a actuar en representación de un estado extranjero con respecto a un asunto en particular, la Corte está obligada, sin tener en cuenta los hechos precedentes, que el gobierno reconocido por el ejecutivo [de los Estados Unidos] es ese gobierno, entonces no se necesita decir nada más aquí. Permitir que esta expresión de la política ejecutiva usurpe por completo el análisis judicial liberaría a la corte de un deber pesado, pero es dudoso que los fines de la justicia se alcancen*". |
| The Court concluded that there *was "no* | La Corte concluyó que "*no había una ley que obligue a las cortes a otorgar efecto definitivo* |

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela

Page 8 of **10**



Procuraduría General de la República

| | |
|---|---|
| *rule of law obliging the courts to give conclusive effect to the acts of a recognized government to the exclusion of all consideration of the acts of an opposing unrecognized government."* (*Id.* at 63). | *a los actos de un gobierno reconocido y excluir de toda consideración sobre los actos de un gobierno opositor no reconocido". (Id. a 63).* |
| Instead, "*[i]n any particular situation, executive policy . . . is a fact which properly should be considered and weighed along with the other facts before the court.*" *Id.* at 64. | *Por el contrario, "[e]n cualquier situación particular, la política ejecutiva. . . es un hecho que debe ser considerado y evaluado adecuadamente junto con los demás hechos ante la Corte ".* Id. a 64. |
| Moreover, executive policy is not immutable, nor is Mr. Guaidó's place as the "*legitimate*" leader of Venezuela by any means assured. In fact, as a matter of Venezuelan law, there are serious issues with Mr. Guaidó's "*claim [which] derives from a creative interpretation of a constitutional provision, rather than from popular will or the due process of the law.*" Max Fisher, *Who Is Venezuela's Legitimate President? A Messy Dispute, Explained*, N.Y. Times, Feb. 4, 2019. | Más aún, ni la política ejecutiva es inmutable, ni la posición del Sr. Guaidó como el líder "legítimo" de Venezuela está, de ninguna manera, asegurado. De hecho, conforme ley venezolana, existen serios problemas con la posición del Sr. Guaidó *"[que] deriva de una interpretación creadora de una disposición constitucional, en lugar de la voluntad popular o el debido proceso*". Max Fisher, *Who Is Venezuela's Legitimate President? A Messy Dispute, Explained*, N.Y. Times Max Fisher, ¿Quién es el presidente legítimo de Venezuela? Una disputa desordenada, explicada, N.Y. Times, 4 de febrero de 2019. |
| **(iii)** It would be unjustified to enter into a default judgement against the Republic, as requested by the Plaintiff, while the Republic is, precisely, currently attempting to appear and defend its interests before this Court through its General Attorney, the sole authority empowered to represent the Republic before the Court. | (iii) No sería justificado dictar una sentencia en rebeldía contra la República, como lo solicita el Demandante, mientras que la República está, precisamente intentando comparecer y defender sus intereses ante esta Corte mediante su Procurador General, la única autoridad facultada para representar a la República ante la Corte. |
| Such decision would be all the more unjustified given that, as previously mentioned, no attorney appointed by the purported Special Attorney General, Mr. Jose Ignacio Hernandez, has taken any step to represent the Republic in these proceedings. | Dicha decisión sería aún más injustificada dado que, como se mencionó anteriormente, ningún abogado designado por el supuesto Procurador General Especial, Sr. José Ignacio Hernández, ha realizado ninguna actuación para representar a la República en este proceso. |
| Contrary to the representation made by the Plaintiff in his letter dated 21 March 2019, the sole purpose of the Pro *se* submission filed on 15 March 2019 is to protect the Republic's interests in this litigation, by attempting to allow the Republic to | Contrariamente a lo afirmado por el Demandante en su carta de fecha 21 de marzo de 2019, el único propósito de la presentación *Pro se* realizada el 15 de marzo es proteger los intereses de la República en este litigio, al tratar de que la República comparezca ante esta Corte para presentar |

Page 9 of **10**

Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela



Procuraduría General de la República

| | |
|---|---|
| appear before this Court, to present its defence, and thus to safeguard its financial assets. | su defensa, y así salvaguardar sus activos financieros. |
| Therefore, I hereby respectfully: | Por lo antes expuesto, por medio de la presente, respetuosamente: |
| (i) request this Court to reconsider its decision rendered on 22 March 2019, ordering the Clerk of the Court to strike the *Pro se* submission filed on 15 March 2019 on behalf of the Republic, as well as the subsequent decisions of the Court dated 27 March 2019 and 1st April 2019; | (i) Se solicita a esta Corte que reconsidere su decisión emitida el 22 de marzo de 2019, ordenando al Secretario de la Corte remover/rechazar la presentación *Pro se* realizada el 15 de marzo de 2019 en representación de la República, así como las decisiones subsiguientes de esta Corte de fechas 27 marzo de 2019 y 1 de abril de 2019; |
| (ii) reiterate the request, made in the *Pro se* submission filed on 15 March 2019 before this Court, to either: | (ii) Se reitera la solicitud, realizada en la presentación *Pro se* presentada el 15 de marzo de 2019 ante esta Corte, a saber: |
| - stay the present proceedings so as to allow the Republic to find and retain a counsel to defend its rights; or, alternatively | - La suspensión del presente procedimiento para permitir a la República buscar y contratar un abogado que defienda sus intereses, o, |
| - adjourn for at least 120 days the deadline granted to the Republic to file a response to the Plaintiff's complaint. | - El otorgamiento de una prórroga de al menos 120 días para que la República presente su contestación a la demanda. |
| Again, this motion is made without a waiver of any of the Republic's rights and defences, but with the sole intention to allow the Republic to respond to the Plaintiff's complaint. | Nuevamente, esta solicitud se realiza sin que ello implique una renuncia a ninguno de los derechos y defensas de la República, pero con la única intención de permitir que la República conteste la demanda presentada por el Demandante. |
| Respectfully submitted, | Muy Atentamente, |
| **REINALDO ENRIQUE MUÑOZ PEDROZA**<br>**PROCURADOR GENERAL DE LA REPÚBLICA (E)** | **REINALDO ENRIQUE MUÑOZ PEDROZA**<br>**PROCURADOR GENERAL DE LA REPÚBLICA (E)** |

Procuraduría General de la República
Procurador General (E)

Procuraduría General de la República
Procurador General (E)



Av. Los Ilustres, cruce con Av. Francisco Lazo Martí,
Edif. Sede de la Procuraduría General de la República, Urb. Santa Mónica. **Caracas - Venezuela.**
**Telf:** +58-212.597.33.00 **Web:** www.pgr.gob.ve **Twitter:** @pgrvenezuela