UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASA EXPRESS CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | 1:18-cv-11940-AT <br><br> **AFFIDAVIT OF ELI WHITNEY DEBEVOISE II IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Eli Whitney Debevoise II, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Arnold & Porter Kaye Scholer, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendant Bolivarian Republic of Venezuela.

Dated: April 12, 2019             *s/ Eli Whitney Debevoise II*

Eli Whitney Debevoise II
Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Ave., NW
Washington, DC 20001
whitney.debevoise@arnoldporter.com
+1 202.942.5042



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Eli W Debevoise II*

was duly qualified and admitted on **December 14, 1977** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.