USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Case No. 18-cv-11940 (AT) |

## STIPULATION AND ORDER VACATING CERTIFICATE OF DEFAULT

Plaintiff Casa Express Corp. and Defendant Bolivarian Republic of Venezuela (collectively, "the Parties") hereby stipulate and agree that the Certificate of Default entered on April 1, 2019, shall be vacated.

The Parties further stipulate and agree that Defendant's time to move, answer or otherwise respond to the complaint is extended through and including June 21, 2019; provided, however, that, if Defendant intends to make a motion at that time, Defendant will submit to Plaintiff the letter required by Rule III(B)(ii) of the Court's Individual Practices on or before May 31, 2019.

Respectfully submitted,

/s/ Jeremy Wallison
Jeremy Wallison
WALLISON & WALLISON LLP
20 East 69th Street, Suite 5A
New York, NY 10021
Telephone: +1 212.292.1010
jw@wallisonllp.com

/s/ Kent A. Yalowitz
Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: +1 212.836.8000
kent.yalowitz@arnoldporter.com

SO ORDERED.

Dated: April 26, 2019
New York, New York

ANALISA TORRES
United States District Judge