UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASA EXPRESS CORP,<br><br>                               Plaintiff,<br><br>   v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                               Defendant.<br><br>PHARO GAIA FUND LTD., *et al.*,<br><br>                               Plaintiffs,<br><br>   v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                               Defendant. | Case Nos. 18-cv-11940 (AT)<br>              19-cv-3123 (AT) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' RULE 56.1 STATEMENT**

Pursuant to Local Rule 56.1, Defendant the Bolivarian Republic of Venezuela ("the Republic") submits this response to Plaintiffs' Rule 56.1 statement of undisputed material facts (No. 19-cv-3123, ECF No. 39). The Republic has reviewed Plaintiffs' submission, as well as the evidence cited therein, and does not contest the facts as stated in Plaintiffs' Rule 56.1 statement. The Republic reserves the right to supplement or amend this statement should relevant evidence concerning material facts come to its attention.

Dated: January 16, 2020
New York, New York

        Respectfully submitted,

        ARNOLD & PORTER
            KAYE SCHOLER LLP

By: _____
        Kent A. Yalowitz
        250 West 55th Street
        New York, NY 10019
        T: (212) 836-8000
        F: (212) 836-8689
        Kent.Yalowitz@arnoldporter.com

        E. Whitney Debevoise
        Stephen K. Wirth
        601 Massachusetts Ave., NW
        Washington, DC 20001
        T: (202) 942-5000
        F: (202) 942-5999
        Whitney.Debevoise@arnoldporter.com
        Stephen.Wirth@arnoldporter.com

*Attorneys for the Bolivarian Republic of Venezuela*