# WALLISON & WALLISON LLP

20 East 69th Street
Suite 5A
New York, New York 10021

Jeremy L. Wallison, Esq.
Tel (Main): 212.292.1010
Tel (Direct): 212.292.1011
Fax: 212.671.1561
Email: jw@wallisonllp.com

October 27, 2020

<u>VIA ECF (with courtesy copy to: Torres_NYSDChambers@nysd.uscourts.gov)</u>

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 15D
New York, NY 10007-1312

   Re: Casa Express Corp, as Trustee of Casa Express Trust v. Bolivarian Republic
      of Venezuela; 18-cv-11940 (AT) [rel. 19-cv-3123 & 19-cv-11018]

Dear Judge Torres:

  This firm represents the plaintiff, Casa Express Corp, as trustee of Casa Express Trust ("Casa Express"), in the above-referenced action. By Order dated September 30, 2020, the Court directed Casa Express to submit a motion for attorney's fees on or before October 30, 2020. ECF No. 75 at 15. Since that time, Casa Express and the defendant, the Bolivarian Republic of Venezuela ("Venezuela"), through counsel, have been in active and productive discussions of a potential consensual resolution of Casa Express' attorney's fees claim. Those discussions, however, have not yet concluded. Accordingly, to allow the parties to continue their efforts to reach a consensual resolution of Casa Express' attorney's fees claim, and thereby obviate any further litigation in this case, Casa Express respectfully requests that the Court extend the deadline for filing its attorney's fees motion by three weeks, to November 20, 2020. The parties have made no previous extension requests. Venezuela consents to this request.
.

              Respectfully submitted,

              /s/ Jeremy Wallison

cc (by ECF): counsel of record