UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST,<br><br>         Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>         Defendant. | 18 Civ. 11940<br><br>[rel. 19-cv-3123 & 19-cv-11018]<br><br>STIPULATION AND PROPOSED ORDER FOR SETTLEMENT OF ATTORNEY'S FEES AND COSTS |

  WHEREAS the Court, on October 16, 2020, entered judgment in favor of Casa Express and against the Republic (ECF No. 77, the "Judgment");

  WHEREAS the Judgment provides for an award of "attorney's fees and costs in an amount to be determined" (<u>Ibid</u>.);

  WHEREAS the Court directed Casa Express to submit a motion for the same by October 30, 2020 (ECF No. 75 at 15);

  WHEREAS the Court, on October 28, 2020, extended that deadline to November 20, 2020 (ECF No. 79);

  WHEREAS Casa Express has provided the Republic detailed records itemizing the time and expenses incurred by its attorneys, Wallison & Wallison LLP, along with the terms of its engagement of that firm; and

  WHEREAS the Republic, after review of those records and terms, is satisfied that an award of $300,000 for attorney's fees and costs incurred in this action is a "reasonable" amount of attorney's fees and costs considering the relevant factors for an award of attorney's fees and costs;

  IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, AND ORDERED BY THE COURT, AS FOLLOWS:

  1.  That judgment for attorney's fees and costs in the amount of $300,000, plus post-

judgment interest as set forth in 28 U.S.C. § 1961(a), be granted to Casa Express and against the Republic; and

    2.    That Casa Express, within seven days of the date the Court enters this stipulation and proposed order, shall submit a proposed amended Judgment consistent with this stipulation and proposed order.

Dated: New York, New York
        November 19, 2020

| WALLISON & WALLISON LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| /s/ Jeremy Wallison | /s/ Kent Yalowitz |
| Jeremy L. Wallison, Esq.<br>jw@wallisonllp.com<br>20 East 69th Street, Suite 5A<br>New York, New York 10021<br>(212) 292-1011 | Kent A. Yalowitz, Esq.<br>Kent.Yalowitz@arnoldporter.com<br>250 West 55th Street<br>New York, New York 10019<br>(212) 836-8000 |
| *Counsel for Casa Express Corp,*<br>*as Trustee of Casa Express Trust* | *Attorneys for the Bolivarian Republic of*<br>*Venezuela* |

SO ORDERED:

_____
Analisa Torres, U.S.D.J.