# Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

May 27, 2021

Hon. Analisa Torres
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Casa Express Corp v. Bolivarian Republic of Venezuela*,
               No. 18 Civ. 11940 (AT) [rel. No. 19 Civ. 3123]

Dear Judge Torres:

      I write on behalf of the Bolivarian Republic of Venezuela (the Republic) to request a 7-day extension of time—until June 8, 2021—to respond to Plaintiffs' motion for relief to 28 U.S.C. § 1610(c).

      On May 18, 2021, Plaintiff moved for relief pursuant to 28 U.S.C. § 1610(c). The Republic's response is currently due June 2, 2021.

      On May 27, 2021, Your Honor granted relief pursuant to 28 U.S.C. § 1610(c) to the plaintiffs in a related case, *Pharo Gaia Fund et al. v. Bolivarian Republic of Venezuela*, No. 19 Civ. 3123 (AT). In light of this development, the Republic would appreciate additional time to review the Court's opinion. Accordingly, the Republic respectfully requests a modest 7-day extension of time—until June 8, 2021—to respond to Plaintiffs' motion.

      This is the Republic's first request for an extension of this deadline. Counsel for the Republic has conferred with opposing counsel, who has indicated that Plaintiff does not object this request.

                                        Respectfully submitted,

                                        Kent A. Yalowitz

cc: ECF Counsel