```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/16/2021_

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

                      Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                      Defendant.

18 Civ. 11940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Before the Court is Plaintiff's motion for an order finding that a "reasonable period of time" has elapsed since the Court entered judgment against Defendant pursuant to 28 U.S.C. § 1610(c). ECF No. 89. For the reasons stated below, Plaintiff's motion is GRANTED.

## BACKGROUND

On December 18, 2018, Plaintiff filed this lawsuit against Defendant, alleging breach of contract for its failure to make required payments on two series of bonds issued by Venezuela. ECF No. 1. On September 30, 2020, the Court granted Plaintiff's motion for summary judgment and denied Defendant's motion for a stay. ECF No. 75. The Court entered a final judgment on October 16, 2020. ECF No. 77. On November 23, 2020, the Court amended the Judgment to include Plaintiff's attorneys' fees (the "Amended Judgment"). ECF No. 83. Since that date, Defendant has not made any payments on the Amended Judgment. Pl. Decl. ¶ 4, ECF No. 91.

## DISCUSSION

The Court recently granted a motion under 28 U.S.C. § 1610(c) in *Pharo Gaia Fund Ltd. v. Bolivarian Republic of Venezuela*, a parallel, related case, concluding that a reasonable time had passed since the entry of judgment (the "Pharo Gaia Order"). No. 19 Civ. 3123 (S.D.N.Y. May 27, 2021), ECF No. 74. Defendant makes no additional arguments in this action as to why

the court should not grant Plaintiff's motion, *compare* ECF No. 94, *with Pharo Gaia Fund Ltd. v. Bolivarian Republic of Venezuela*, No. 19 Civ. 3123 (S.D.N.Y. Mar. 2, 2021), ECF No. 72, and a similar period of time has now elapsed, *compare* Amended Judgment (entered over seven months ago), *with* Pharo Gaia Order at 2 (holding that the seven months that had passed since the entry of judgment was a reasonable period of time). Therefore, for the reasons stated in the Pharo Gaia Order, Plaintiff's motion is GRANTED.

## CONCLUSION

For the reasons stated above, Plaintiff's motion for an order finding that a "reasonable period of time" has elapsed following the entry of judgment pursuant to 28 U.S.C. § 1610(c) is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 89.

SO ORDERED.

Dated: July 16, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge