# Vinson&Elkins

Camilo Cardozo   ccardozo@velaw.com
**Tel +**1.212.237.0051  **Fax +**1.917.849.5393

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2023
```

November 24, 2023

Via CM/ECF and Email

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Contrarian Capital Management, LLC, et al. v. Bolivarian Republic of Venezuela*, 19 Civ. 11018 (S.D.N.Y.) (rel. Nos. 19 Civ. 3123 & 18 Civ. 11940): **Defendant's Request for Extension of Time**

Dear Judge Torres,

We represent Defendant, the Bolivarian Republic of Venezuela. We write pursuant to Rule I(B) of your Honor's Individual Practices to respectfully request a two-week extension of time to respond to Plaintiffs' Amended Third Supplemental Complaint, filed on October 30, 2023 (Dkt. No. 169). This is Defendant's second request for an extension of time to respond, and your Honor granted Defendant's first request for an extension of time. Plaintiffs consent to Defendant's request.

The current deadline for Defendant to respond to Plaintiffs' Amended Third Supplemental Complaint is November 27, 2023; accordingly, Defendant requests an extension through December 11, 2023. Defendant makes this request because the parties are finalizing a stipulation to resolve the claims in Plaintiffs' Amended Third Supplemental Complaint.

GRANTED.

SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge