UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

                Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2025_

18 Civ. 11940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to strike ECF No. 105 from the docket.

SO ORDERED.

Dated: May 6, 2025
      New York, New York

ANALISA TORRES
United States District Judge