UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

                                Plaintiff,

            -against-

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/16/2026

18 Civ. 11940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff seeks leave to file a supplemental complaint under Federal Rule of Civil Procedure 15(d).  *See* ECF No. 108.  Accordingly, by **April 6, 2026,** Defendant shall file a response.  By **April 13, 2026**, Plaintiff shall file its reply, if any.

        SO ORDERED.

Dated: March 16, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge