UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

                          Plaintiff,

              -against-

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2026_____
```

18 Civ. 11940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") on behalf of Kent A. Yalowitz and Eli Whitney Debevoise II moves under Local Civil Rule 1.4 to withdraw as counsel for Defendant, the Bolivarian Republic of Venezuela. *See* ECF No. 110. Under Local Rule 1.4(b), "[a]ll motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought." Accordingly, by **August 7, 2026**, Arnold & Porter shall serve its client with its motion to withdraw through reasonable and practicable means and file proof of such service on the docket.

          SO ORDERED.

Dated: July 7, 2026
          New York, New York

_____
          ANALISA TORRES
    United States District Judge