UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASA EXPRESS CORP,

                 Plaintiff,

    v.

THE BOLIVARIAN REPUBLIC OF
VENEZUELA,

               Defendant.

Case Nos.  18-cv-11940 (AT)

**CERTIFICATE OF SERVICE**

---

Kent A. Yalowitz, hereby certifies as follows:

1. I am a member of the bar of this Court and of the law firm of Arnold & Porter Kaye Scholler, LLP ("Arnold & Porter").

2. On May 11, 2026, I served Arnold & Porter's motion for leave to withdraw as counsel (including the Declaration of Kent A. Yalowitz In Support Of Motion For Leave To Withdraw As Counsel) on the Bolivarian Republic of Venezuela as follows:

    a. I caused a paper copy of the Notice of Motion and Supporting Declaration to be sent by UPS (Tracking No. 1Z14X7050492639386) to:

> Señor Henry Rodriguez Facchinetti
> Gerente General de Litigios
> Procuraduría General de la Republica
> Av. Los Ilustres, cruce con calle Francisco Lazo Martí
> Urb. Santa Mónica, Caracas
> República Bolivariana de Venezuela

    b. I emailed an electronic copy of the Notice of Motion and Supporting Declaration to Henry Rodríguez Facchinetti at the email address specified in the Attorney General's letter to me dated 19 March 2026: hfacchinetti@protonmail.com. *See* ECF 110-1 at page 10 of 10.

3.      A copy of the UPS proof of delivery (*prueba de entrega*) and tracking history (*historial de paquete*) is attached as Exhibit A. I did not receive any electronic notification indicating that the email was not delivered.

4.      I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026
        Falmouth, Maine

Respectfully submitted,

ARNOLD & PORTER
    KAYE SCHOLER LLP

By:   _____
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

# Exhibit A

# Prueba de entrega

Estimado cliente,
Esta notificación sirve como prueba de entrega del envío que se indica a continuación.

**Número de guía**
1Z14X7050492639386

**Servicio**
UPS Worldwide Saver®

**Entregado el**
19/05/2026 11:20

**Entregado a**
CARACAS, VE

**Enviado/facturado el día**
11/05/2026

**Recibido por**
C GUTIERREZ

Saludos cordiales,
UPS

Resultados de rastreo proporcionados por UPS a 09/07/2026 9:01 EST

×

## Historial de paquetes

**Historial de paquetes**

Seleccionar zona horaria
Hora local ⌄

| | | |
|---|---|---|
| 19/05/2026 11:20 | **Entregado** ENTREGADO CARACAS, VE | |
| 19/05/2026 5:35 | **Despachado para la entrega** Salio para Entrega Caracas, Venezuela, Bolivarian Republic of | |
| 18/05/2026 17:29 | **En camino** Salió del centro Caracas, Venezuela, Bolivarian Republic of | |
| 18/05/2026 16:00 | Llegó al centro Caracas, Venezuela, Bolivarian Republic of | |
| 17/05/2026 21:28 | Salió del centro Bogota, Colombia | |
| 15/05/2026 0:55 | Llegó al centro Bogota, Colombia | |
| 14/05/2026 22:20 | Salió del centro Miami, FL, United States | |
| 14/05/2026 12:27 | Salió del centro Miami, FL, United States | |
| 13/05/2026 7:38 | Registro de Exportación Miami, FL, United States | |
| 13/05/2026 6:28 | Llegó al centro Miami, FL, United States | |
| 13/05/2026 4:27 | Salió del centro Louisville, KY, United States | |
| 13/05/2026 1:06 | Llegó al centro Louisville, KY, United States | |
| 12/05/2026 22:57 | Salió del centro Newark, NJ, United States | |
| 12/05/2026 22:28 | Llegó al centro Newark, NJ, United States | |
| 12/05/2026 21:58 | Salió del centro New York, NY, United States | |
| 12/05/2026 21:04 | **Tenemos su paquete** Llegó al centro New York, NY, United States | |
| 11/05/2026 18:25 | **Entregado por el cliente en una UPS Store** Centro de envío New York, NY, United States | |
| 11/05/2026 16:48 | **Etiqueta creada** El remitente creó una etiqueta, UPS aún no ha recibido el paquete. United States | |