USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASA EXPRESS CORP,

               Plaintiff,

    v.

THE BOLIVARIAN REPUBLIC OF
VENEZUELA,

               Defendant.

Case Nos. 18-cv-11940 (AT)

**NOTICE OF MOTION
FOR LEAVE TO
WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Kent. A. Yalo-witz, and pursuant to Local Civil Rule 1.4(b), Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") on behalf of Kent A. Yalowitz and Eli Whitney Debevoise II ,will move on June 2, 2026 at 10:00 a.m., or such other time as counsel may be heard, before the Honorable Analisa Torres at the United States Courthouse, Courtroom 15D, 500 Pearl Street, New York, New York 10007, to withdraw as counsel for Respondent The Bolivarian Republic of Venezuela in the above-captioned matter.

Dated: May 11, 2026
      New York, New York

GRANTED. By **September 11, 2026**, substitute counsel for the Bolivarian Republic of Venezuela shall enter an appearance. By **July 24, 2026**, Arnold & Porter shall serve the Bolivarian Republic of Venezuela with a copy of this order and file proof of such service.

The Clerk of Court is respectfully directed to terminate Arnold & Porter from the docket.

SO ORDERED.

Dated: July 10, 2026
      New York, New York

Respectfully submitted,

ARNOLD & PORTER
   KAYE SCHOLER LLP

By: _____
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

_____
ANALISA TORRES
United States District Judge