UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST,<br><br>               Plaintiff,<br><br>      v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>               Defendant. | Case No. 1:18-cv-11940-AT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Hal S. Shaftel of Greenberg Traurig, LLP, who is permitted to practice in this District, hereby enters his appearance as counsel of record on behalf of Defendant The Bolivarian Republic of Venezuela in the above captioned action. Effective immediately, please add Hal S. Shaftel as an attorney to be noticed on this matter at the following address:

> Hal S. Shaftel
> shaftelh@gtlaw.com
> GREENBERG TRAURIG LLP
> One Vanderbilt
> NY, NY 10017
> Tel 212.801.9200
> Fax 212.805.6400

Dated: August 4, 2026

Respectfully submitted,

GREENBERG TRAURIG, LLP

 /s/ Hal S. Shaftel
Hal S. Shaftel
shaftelh@gtlaw.com
GREENBERG TRAURIG LLP
One Vanderbilt
NY, NY 10017
Tel 212.801.9200
Fax 212.805.6400

*Attorneys for Defendant The Bolivarian Republic of Venezuela*