# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Casa Express Corp.
*Plaintiff*
v.
The Bolivarian Republic of Venezuela
*Defendant*

Case No. 1:18-cv-11940

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bolivarian Republic of Venezuela .

Date: 09/09/2026

s/Daniel Pulecio Boek
*Attorney's signature*

Daniel Pulecio Boek Bar No. DP1985
*Printed name and bar number*

Greenberg Traurig, LLP
2101 L St., NW Suite 1000
Washington, DC 20037
*Address*

pulecioboekd@gtlaw.com
*E-mail address*

(202) 331-3117
*Telephone number*

(202) 331-3101
*FAX number*