USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST,

Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

18 Civ. 11940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff seeks leave to file a supplemental complaint under Federal Rule of Civil Procedure 15(d) raising contract claims for missed interest payments on two debt securities issued by Defendant. *See* ECF No. 108. This case arose from the non-payment of two debt securities (bonds) issued by Defendant. *See id.* On November 23, 2020, the Court entered final judgment against Defendant for, among other things, unpaid principal, with post-judgment interest as set forth in 28 U.S.C. § 1961(a). *See* ECF No. 83. Because the Court finds that the supplemental pleading would be dismissed under the Court's recent decision in *Chickpen, S.A. v. Bolivarian Republic of Venezuela*, No. 21 Civ. 597, 2026 WL 2824916 (S.D.N.Y. Sept. 21, 2026), Plaintiff's motion is DENIED. Should Plaintiff renew its motion, it shall account for the Court's decision in *Chickpen*.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 108.

SO ORDERED.

Dated: October 14, 2026
New York, New York

ANALISA TORRES
United States District Judge