AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Casa Express Corp.<br>*Plaintiff*<br>v.<br>The Bolivarian Republic of Venezuela<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:18-cv-11940 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bolivarian Republic of Venezuela .

Date: 11/09/2026

s/Daniela Johnson Restrepo
*Attorney's signature*

Daniela Johnson Restrepo Bar No. 6023196
*Printed name and bar number*

Greenberg Traurig, LLP
2101 L St., NW Suite 1000
Washington, DC 20037

daniela.johnsonrestrepo@gtlaw.com
*E-mail address*

(202) 530-8563
*Telephone number*

(202) 331-3101
*FAX number*